No. 195.   HOWARD v. UNITED STATES.

*Per Curiam:* The petition for

writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the cause is remanded to the District Court with directions to vacate its judgment and to dismiss the proceeding upon the ground that the cause is moot. *Roy St. Lewis* for petitioner. *Solicitor General Perlman* for the United States.